UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>  )<br>  )<br>v.                                                        )<br>  )<br>ERIC MURDOCK,                                   )<br>  )<br>  DEFENDANT/PETITIONER     ) | CRIMINAL NO. 2:11-CR-08-DBH<br>CIVIL NO. 2:14-CV-205-DBH |

### ORDER AFFIRMING RECOMMENDED DECISION
### OF THE MAGISTRATE JUDGE

On May 6, 2015, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision on 28 U.S.C. § 2255 Motion.

The petitioner filed his objection to the Recommended Decision on May 28, 2015. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The petitioner's motion was not timely filed under 28 U.S.C. § 2255(f)(2), (3) and (4), but the petitioner has established a *prima facie* case that he timely filed the motion in accordance with section 2255(f)(1).

Therefore, the government's request for summary dismissal is **DENIED**. The Magistrate Judge shall set further deadlines in this case.

    **SO ORDERED.**

    **DATED THIS 17TH DAY OF JUNE, 2015**

                                            /S/D. BROCK HORNBY  
                                            **D. BROCK HORNBY**  
                                            **UNITED STATES DISTRICT JUDGE**