# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| ) | |
| v. ) | **CRIMINAL NO. 2:11-CR-08-DBH** |
| ) | **CIVIL NO. 2:14-CV-205-DBH** |
| **ERIC MURDOCK,** ) | |
| ) | |
| **DEFENDANT/PETITIONER** ) | |

## ORDER ON MOTION FOR RECONSIDERATION

The motion to reconsider the Court's ruling of March 9, 2016, on Eric Murdock's Johnson claim is **DENIED**.

**SO ORDERED.**

**DATED THIS 19TH DAY OF APRIL, 2016**

/s/D. Brock Hornby
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**