# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| ) | |
| v.   ) | **CRIMINAL NO. 2:11-CR-08-DBH** |
| ) | **CIVIL NO. 2:14-CV-205-DBH** |
| **ERIC MURDOCK,** ) | |
| ) | |
| **DEFENDANT/PETITIONER** ) | |

## PROCEDURAL ORDER

The defendant/petitioner has objected to the Magistrate Judge's Order denying his motion to correct the trial transcript. The defendant/petitioner challenges the Magistrate Judge's ruling that his statement under penalties of perjury that a sentence he uttered was omitted from the transcript is insufficient to overcome the prima facie correctness of the transcript under 28 U.S.C. § 753(b). In objecting to the original motion to correct the transcript, the government asserted that "the Court . . . is entitled to rely on its own memory of that proceeding." Opp'n at 13 (ECF No. 195). Given the passage of time and the number of hearings in the interval, I have no independent recollection of the exact words the defendant/petitioner used. I am quite certain that the addition of the sentence the defendant/petitioner says was omitted ("I want to do the talking") would not have affected my ruling that he could have a lawyer or he could represent himself, but not both, and that it would not have affected the appellate outcome or collateral relief. Nevertheless, in the interest of having a full record, I **DIRECT** the government to ask the court reporter to review her audio

record of the hearing (usually the court reporter has one) and, after review, to re-certify what is the accurate transcript for this portion of the hearing.  The re-certification shall be filed by July 14, 2016.

**SO ORDERED.**

**DATED THIS 30TH DAY OF JUNE, 2016**

/s/D. Brock Hornby
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**