# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>v.                             )<br>)<br>ERIC MURDOCK,           )<br>)<br>   DEFENDANT/PETITIONER ) | CRIMINAL NO. 2:11-CR-08-DBH<br>CIVIL NO. 2:14-CV-205-DBH |

## ORDER ON DEFENDANT/PETITIONER'S OBJECTION TO MAGISTRATE JUDGE'S ORDER ON MOTION TO CORRECT TRIAL TRANSCRIPT

The defendant/petitioner's objections to the Magistrate Judge's Order on Motion to Correct Trial Transcript are **OVERRULED**. Whether I review the Order *de novo* or under the standard of clearly erroneous or contrary to law, the Magistrate Judge's ruling is correct. As the record reflects, the court reporter has now reviewed her audio recording and confirmed the accuracy of the transcript at the point in question. (ECF No. 114). It is the defendant/petitioner's memory that is erroneous. Moreover, as I stated in my Procedural Order of June 30, 2016, even if the defendant/petitioner had stated aloud what he now claims he said, it would not have affected my ruling that he must choose between having a lawyer and representing himself: he could not do both.

SO ORDERED.

DATED THIS 18TH DAY OF JULY, 2016

/s/D. Brock Hornby
**D. BROCK HORNBY**
UNITED STATES DISTRICT JUDGE