UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>v.                                     )<br>)<br>ERIC MURDOCK,                     )<br>)<br>**DEFENDANT/PETITIONER** ) | **CRIMINAL NO. 2:11-CR-08-DBH**<br>**CIVIL NO. 2:14-CV-205-DBH** |

ORDER ON DEFENDANT/PETITIONER'S CONSOLIDATED MOTION

The defendant/petitioner's Consolidated Motion for, and Brief in Support of: Correction of Court's Findings or for Additional Findings re: Order of July 18th, 2016 (ECF No. 217) is **DENIED**. The Order concerning the Trial Transcript is correct for the reasons stated in the Order. I do make one correction *sua sponte*: the Order cites an incorrect ECF filing. The court reporter's recertification is not ECF No. 114, as the Order says, but rather ECF No. 213.

**SO ORDERED.**

**DATED THIS 30TH DAY OF SEPTEMBER, 2016**

/s/D. Brock Hornby
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**