UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>)<br>)<br>v.                                    )<br>)<br>ERIC MURDOCK,                 )<br>)<br>Defendant/Petitioner  ) | Criminal No. 2:11-cr-08-DBH<br>Civil No. 2:14-cv-205-DBH |

### ORDER AFFIRMING RECOMMENDED DECISION
### OF THE MAGISTRATE JUDGE

On August 22, 2016, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision on 28 U.S.C. § 2255 Motion. The petitioner filed his objection to the Recommended Decision on September 27, 2016. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **Ordered** that the Recommended Decision of the Magistrate Judge is hereby **Adopted**. An evidentiary hearing is not warranted under Rule 8 of the Rules Governing Section 2255 Cases. The petitioner's motion for habeas relief under 28 U.S.C. § 2255 is **Denied**. No certificate of appealability shall issue

because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

**SO ORDERED.**

**DATED THIS 24TH DAY OF OCTOBER, 2016**

/s/D. Brock Hornby
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**

2