# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | CRIMINAL NO. 2:11-CR-08-DBH |
| | ) | CIVIL NO. 2:14-CV-205-DBH |
| ERIC MURDOCK, | ) | |
| | ) | |
| DEFENDANT/PETITIONER | ) | |

## ORDER ON MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE

Following the August 9, 2017, Judgment of the First Circuit Court of Appeals (ECF No. 235), the government has agreed that this defendant, previously sentenced as an Armed Career Criminal, no longer qualifies for that enhanced sentence in light of United States v. Windley, 846 F.3d 36 (1st Cir. 2017). Respondent's Answer at 1 (ECF No. 245). He has already served approximately 95 months, more than the Guideline range of 63-78 months calculated without Armed Career Criminal status. Id. at 2. Upon the parties' joint recommendation after consulting with the Probation Office, id. at 2-3, and the defendant's written waiver of his right to be present for resentencing (ECF No. 246), I now **GRANT** the petitioner/defendant's motion to vacate, set aside, or correct sentence (ECF No. 135), and sentence him instead to 96 months imprisonment to be followed by a 3-year term of supervised release with all the original conditions and an additional special condition that he spend up to 120

days in community confinement as directed by the Probation Office. The Clerk's Office shall prepare an amended Judgment and Commitment accordingly.

**SO ORDERED.**

**DATED THIS 1ST DAY OF DECEMBER, 2017**

/s/D. Brock Hornby
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**